**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE: | CASE NO. **19-06327 (BKT)** |
| **FERNANDO LUIS VILLAMIL WISCOVITCH** | CHAPTER 11 |
| *Debtor* | |

## DEBTOR'S AMENDED STATUS CONFERENCE REPORT

**TO THE HONORABLE COURT**:

COMES Now Debtor represented by the undersigned counsel, and respectfully states and prays as follow:

I. **Introduction**

This case was commenced by the filing of a voluntary petition with the Clerk of this Court on October 30, 2019, under the provisions of 11 U.S.C. Chapter 11. Since that date and up to the present debtor has been managing his affairs as a debtor in possession.

On November 5, 2019, this Honorable Court entered an *Order* scheduling the Status Conference for January 15, 2020 at 2:00pm and ordering counsel to file a report and come prepared to discuss the following:

II. **Debtor's Nature of Business**

Debtor is an individual who has a medical license to practice in the Commonwealth of Puerto Rico and in the state of Oklahoma as a physician specialized in spine surgery. **Debtor submits that he is not a "health care business" as defined in 11 USC § 101 (27A) since he does not fall within the purview or criteria of such definition**.

III. **Reason for filing the Petition**

The Debtor incurred in extremely onerous obligations on account of his divorce, without the advice of counsel, which the debtor cannot fulfill, considering a recent income reduction in

Puerto Rico and other obligations and expenses regarding his medical practice. The triggering factor for the filing of the petition was a Court Order for garnishment obtained by Debtor's ex-spouse. Debtor filed the instant petition in order to provide a feasible plan of reorganization to pay his creditors pursuant to the Bankruptcy Code.

IV. **Small Business as defined in 11 U.S.C. 101(51C)**

Debtor's case **is not a "small business case"** as defined in 11 USC § 101 (51C) since debtor is not a "small business debtor" pursuant to the definition in 11 USC § 101 (51D).

V. **Disclosure Statement and Plan**

Debtor estimates that the Disclosure Statement and Plan will be filed on **or before April 30, 2020**. If necessary, debtor would opportunely request an extension of time to file these on a later date.

VI. **Professional Fees**

Debtor estimates that the total professional fees to be accrued in this case will be approximately $60,000.00, that is: (a) $40,000.00 for attorneys' fees, and (b) $20,000.00 for accountant's fees.

VII. **Significant Events**

At this juncture debtor does not expect the occurrence of any significant event in the instant case.

VIII. **Future Status Conference**

As of this date, the Debtor does not estimate that a future Status Conference will be needed. If necessary, the debtor will make the appropriate request to this Honorable Court.

WHEREFORE, Debtor hereby prays from this Honorable Court to take notice of the above and deem him in compliance with its order.

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the US Trustee and to all CM/ECF participants.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, this January 14, 2020.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 777-1376

S/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: enrique.almeida@almeidadavila.com