**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In Re<br>**FERNANDO VILLAMIL WISCOVITCH**<br>xxx-xx-9164<br><br>Debtor | Case No. **19-06327-BKT**<br><br>Chapter **11** |

**MOTION TO AMEND SCHEDULE E/F, CERTIFICATE OF SERVICE
AND NOTICE TO ADDED CREDITOR**

TO THE HONORABLE COURT:

COMES Now the Debtor represented by the undersigned counsel, and respectfully states and prays as follows:

1. On today's date the Debtors are filing an Amended Schedule **E/F**, **with the purpose of eliminating items #4.8, #4.18, #4.25 and #4.26, to disclose the date that the debts were incurred in items #4.1, #4.2, #4.11, #4.17, #4.24, #4.27 and #4.28, to indicate the basis for the claim of item #4.15, and to update the classification of the debt in item #4.29 to contingent/unliquidated and/or disputed.**

2. Such Amended Schedule and a copy of the original Notice of 341 Meeting of Creditors *Exhibit 1* is also being sent via US Mail to the added creditor listed above at the above mailing address, in compliance with Local Bankruptcy Rule 1009-1(c)(1).

WHEREFORE, Debtors hereby pray from this Honorable Court to take notice of the above.

**NOTICE**
Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 90006(f) if you were served by mail, any party against whom the Amended Schedule has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the US Bankruptcy Court of the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the Amended Schedule will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law: (ii) the requested relief is against public policy, or (iii) in the opinion of the court, the interest of justice requires otherwise.

**ADDITIONAL NOTICE TO ADDED CREDITOR(S)**

*. Ed. 1/25/18*

  Additional Notice to the Added Creditor(s) in accordance with Local Bankruptcy Rule 1009-1 (c)(2): You have a right to file a Proof of Claim within ninety (90) days of service of this document, or within the time set for previously scheduled creditors to file Proofs of Claim, whichever is later; or within such other time as allowed by Fed. R. Bankr. P. 9006(c) and ordered by the Court.

  Moreover, creditors added after the section 341 meeting of creditors has commenced are entitled to reconvene the 341 meeting, upon request to the United States Trustee, unless the court orders otherwise.

  In Chapter 7 Cases creditors also have a right to file complaints under 11 USC sec. 523 and 727, and objections to the debtor's claim of exemptions, within sixty (60) days of service of this Motion, or within the time set for the creditors to file those complaints or objections, whichever is later.

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants including the US Trustee, and the Case Trustee.

  I FURTHER CERTIFY to have sent the present document by regular US Mail to the added creditor(s) at the above stated mailing address, in compliance with Local Bankruptcy Rule 1009-1(c)(1).

  RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this **January 31, 2020**.



*Attorneys for Debtors*

*PO Box 191757*
*San Juan, PR 00919-1757*

*/s/ Enrique M. Almeida, Esq.*
**Enrique M. Almeida, Esq.**
*USDC-PR 217701*
*enrique.almeida@almeidadavila.com*

*/s/ Zelma B. Davila, Esq.*
**Zelma B. Dávila, Esq.**
*USDC- PR 218913*
*zelma.davila@almeidadavila.com*

*. Ed. 1/25/18*

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **FERNANDO LUIS VILLAMIL WISCOVITCH**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9164<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Puerto Rico**<br>Case number:  **19–06327 –BKT 11** | | Date case filed for chapter  **11  10/30/19** |

Official Form 309E (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case                                          12/15

For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | FERNANDO LUIS VILLAMIL WISCOVITCH | |
| 2. | **All other names used in the last 8 years** | dba FERNANDO VILLAMIL WISCOVITCH MD | |
| 3. | **Address** | 10710 SIR PLACE<br>JENKS, OK 74037 | |
| 4. | **Debtor's attorney**<br>Name and address | ENRIQUE M ALMEIDA BERNAL<br>ALMEIDA & DAVILA PSC<br>PO BOX 191757<br>SAN JUAN, PR 00919–1757 | Contact phone  (787) 722–2500<br>Email  adecfmail@gmail.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901 | Hours open  8:00 AM – 4:00 PM<br>Contact phone  (787) 977–6000<br>Date: 11/1/19 |

**For more information, see page 2 >**

Debtor **FERNANDO LUIS VILLAMIL WISCOVITCH** Case number **19–06327**

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 6, 2019 at 10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **OCHOA BUILDING, 500 TANCA STREET , FIRST FLOOR, SAN JUAN, PR 00901** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** <ul><li>if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or</li><li>if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6).</li></ul> | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 2/4/20** |
| | | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: <ul><li>your claim is designated as *disputed*, *contingent*, or *unliquidated*;</li><li>you file a proof of claim in a different amount; or</li><li>you receive another notice.</li></ul> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. **Claims can be filed electronically through the court's website at: www.prb.uscourts.gov/electronicproofclaimform/** **It is recommended that secured claims are filed prior to the date of the creditors meeting.** **If filing by paper, see the Explanations page for information on obtaining a proof of claim form.** | **3/5/20** For a governmental unit: **4/29/20** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **FERNANDO** | **LUIS** | **VILLAMIL WISCOVITCH** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO | | | |
| Case number (if known) | **19-06327-BKT** | | | |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **PR TREASURY DEPARTMENT** | Last 4 digits of account number  9164 | $131,766.00 | $0.00 | $131,766.00 |
| | Priority Creditor's Name | | | | |
| | **(424 OFFICE) BANKRUPTCY DEPT** | When was the debt incurred? **2014-2015** | | | |
| | **P O BOX 9024140** | | | | |
| | **San Juan, PR 00902** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |
| | **Who incurred the debt?** Check one. | ☐ Contingent | | | |
| | ■ Debtor 1 only | ■ Unliquidated | | | |
| | ☐ Debtor 2 only | ■ Disputed | | | |
| | ☐ Debtor 1 and Debtor 2 only | **Type of PRIORITY unsecured claim:** | | | |
| | ☐ At least one of the debtors and another | ☐ Domestic support obligations | | | |
| | ☐ Check if this claim is for a  community debt | ■ Taxes and certain other debts you owe the government | | | |
| | **Is the claim subject to offset?** | ☐ Claims for death or personal injury while you were intoxicated | | | |
| | ■ No | ☐ Other. Specify _____ | | | |
| | ☐ Yes | **TAXES** | | | |

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

   **Total claim**

Debtor 1 **FERNANDO LUIS VILLAMIL WISCOVITCH**     Case number (if known) **19-06327-BKT**

---

**4.1** | **504 Construction Managers Inc.** | Last 4 digits of account number | | $22,796.90
Nonpriority Creditor's Name
**PMB 302 1353 RD**    When was the debt incurred?    **9/30/2019**
**Guaynabo, PR 00966**
Number Street City State Zip Code    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Professional Services**

---

**4.2** | **AEE** | Last 4 digits of account number    **5583** | | $1,990.82
Nonpriority Creditor's Name
**BANKRUPTCY DEPT**    When was the debt incurred?    **4/1/2019**
**PO BOX 363508**
**SAN JUAN, PR 00936-3508**
Number Street City State Zip Code    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **UTILITIES**

---

**4.3** | **Banco Popular De Puerto Rico** | Last 4 digits of account number    **2907** | | $89,877.00
Nonpriority Creditor's Name
**209 Munoz Rivera Ave**    When was the debt incurred?    **Opened 02/17  Last Active 10/14/19**
**San Juan, PR 00918**
Number Street City State Zip Code    As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Lease**

---

Debtor 1  **FERNANDO LUIS VILLAMIL WISCOVITCH**  Case number (if known) **19-06327-BKT**

| 4.4 | **Banco Popular De Puerto Rico** <br> Nonpriority Creditor's Name <br> **209 Munoz Rivera Ave** <br> **San Juan, PR 00918** <br> Number Street City State Zip Code | Last 4 digits of account number **2901** | $48,627.00 |

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? **Opened 02/17  Last Active 10/14/19**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Lease**

---

| 4.5 | **Banco Popular de Puerto Rico** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 362708** <br> **San Juan, PR 00936** <br> Number Street City State Zip Code | Last 4 digits of account number **8620** | $12,983.00 |

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? **Opened 07/10  Last Active 7/19/19**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.6 | **Bank of America** <br> Nonpriority Creditor's Name <br> **4909 Savarese Circle** <br> **Fl1-908-01-50** <br> **Tampa, FL 33634** <br> Number Street City State Zip Code | Last 4 digits of account number **2493** | $26,349.00 |

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

When was the debt incurred? **Opened 12/16  Last Active 10/14/19**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

Debtor 1 **FERNANDO LUIS VILLAMIL WISCOVITCH**     Case number (if known) **19-06327-BKT**

---

| 4.7 | **Bank of America** | Last 4 digits of account number | **6485** | **$21,640.00** |

Nonpriority Creditor's Name
**4909 Savarese Circle**
**Fl1-908-01-50**
**Tampa, FL 33634**
Number Street City State Zip Code

When was the debt incurred? **Opened 09/02 Last Active 10/14/19**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

| 4.8 | **DENISE ROVIRA BELLIDO** | Last 4 digits of account number | **n/a** | **$1,300,000.00** |

Nonpriority Creditor's Name
**35 AVENIDA LUIS MUNOZ RIVERA**
**CARIBE PLAZA, APT. 1604**
**San Juan, PR 00901**
Number Street City State Zip Code

When was the debt incurred? **2013**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **JUDGMENT IN CASE K DI2013-0783 (DISSOLUTION OF MARRIAGE)**

---

| 4.9 | **DTOP** | Last 4 digits of account number | **9164** | **$15.00** |

Nonpriority Creditor's Name
**BANKRUPTCY DEPT.**
**PO BOX 41269**
**SAN JUAN, PR 00940**
Number Street City State Zip Code

When was the debt incurred? **03/21/2017**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **FINES: 213000036**

---

| Debtor 1 | FERNANDO LUIS VILLAMIL WISCOVITCH | Case number (if known) | 19-06327-BKT |
|---|---|---|---|

### 4.10 FIRST BANK

**Nonpriority Creditor's Name**
BANKRUPTCY DEPT
PO BOX 9146
SAN JUAN, PR 00908-0146
Number Street City State Zip Code

**Last 4 digits of account number** 2883 — **$35,029.50**

**When was the debt incurred?** 3/18/2016

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  LINE OF CREDIT

### 4.11 FIRST BANK

**Nonpriority Creditor's Name**
BANKRUPTCY DEPT
PO BOX 9146
SAN JUAN, PR 00908-0146
Number Street City State Zip Code

**Last 4 digits of account number** 6741 — **$952,994.53**

**When was the debt incurred?** 3/18/2016

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  UNSECURED BUSINESS LOAN Case No. SJ2019CV09008

### 4.12 FIRST BANK

**Nonpriority Creditor's Name**
BANKRUPTCY DEPT
PO BOX 9146
SAN JUAN, PR 00908-0146
Number Street City State Zip Code

**Last 4 digits of account number** 6742 — **$339,466.15**

**When was the debt incurred?** 3/18/2016

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  UNSECURED BUSINESS LOAN Case No. SJ2019CV09008

Debtor 1 **FERNANDO LUIS VILLAMIL WISCOVITCH**     Case number (if known) **19-06327-BKT**

---

| 4.13 | **First Bank Puerto Rico** | Last 4 digits of account number **5179** | **$27,690.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy/FirstLine Solutions
Po Box 9146
San Juan, PR 00908**
Number Street City State Zip Code

When was the debt incurred? **Opened 03/16 Last Active 5/07/19**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card**

---

| 4.14 | **FIRSTMARK SERVICES** | Last 4 digits of account number **9207** | **$5,929.06** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO BOX 2977
Omaha, NE 68103-2977**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **STUDENT LOAN**

---

| 4.15 | **Fm/access Group** | Last 4 digits of account number **9692** | **$5,716.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**121 S 13th St Ste 201
Lincoln, NE 68508**
Number Street City State Zip Code

When was the debt incurred? **Opened 08/01 Last Active 8/07/19**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Educational**

---

| Debtor 1 | **FERNANDO LUIS VILLAMIL WISCOVITCH** | Case number (if known) | **19-06327-BKT** |
|---|---|---|---|

### 4.16 FRANCES M. RIVERA TORRES

Nonpriority Creditor's Name
**PO BOX 55020 STATION ONE**
**Bayamon, PR 00960**
Number Street City State Zip Code

Last 4 digits of account number **0783**
When was the debt incurred? **8/15/2019**

**$3,000.00**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **LEGAL SERVICES**

### 4.17 Lcda. Lucille Borges Capo

Nonpriority Creditor's Name
**499 Carr #2**
**Suite 2, Santa Rosa**
**Bayamon, PR 00959**
Number Street City State Zip Code

Last 4 digits of account number
When was the debt incurred? **2019**

**$3,000.00**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Legal Services**

### 4.18 LIBERTY CABLEVISION

Nonpriority Creditor's Name
**BANKRUPTCY DEPT**
**PO BOX 719**
**Luquillo, PR 00773**
Number Street City State Zip Code

Last 4 digits of account number **3423**
When was the debt incurred? **9/9/19**

**$325.40**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Utilities**

| Debtor 1 | FERNANDO LUIS VILLAMIL WISCOVITCH | Case number (if known) | 19-06327-BKT |
|---|---|---|---|

---

**4.19**

**NELNET**
Nonpriority Creditor's Name
**BANKRUPTCY DEPT**
**PO BOX 2970**
**Omaha, NE 68103-2970**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **2476**  — **$41,988.33**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**STUDENT LOAN**

---

**4.20**

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
**Po Box 82505**
**Lincoln, NE 68501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **0474**  — **$36,352.00**

**When was the debt incurred?** **Opened 04/02 Last Active 2/04/18**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Educational**

---

**4.21**

**Nelnet**
Nonpriority Creditor's Name
**Attn: Bankruptcy Claims**
**Po Box 82505**
**Lincoln, NE 68501**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **0574**  — **$4,927.00**

**When was the debt incurred?** **Opened 04/02 Last Active 9/04/19**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ■ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Educational**

---

| Debtor 1 | FERNANDO LUIS VILLAMIL WISCOVITCH | Case number (if known) | 19-06327-BKT |
|---|---|---|---|

**4.2.2** **Pedro A. Bello Lorie**
Nonpriority Creditor's Name
I-4 Ave. San Patricio
Apt 202
Guaynabo, PR 00968
Number Street City State Zip Code

Last 4 digits of account number  n/a    $5,000.00

When was the debt incurred?  2019

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Real estate agent services

---

**4.2.3** **ROSARIO RIVERA SANCHEZ**
Nonpriority Creditor's Name
Street 73 B Bloque 117 A # 11
Villa Carolina
Carolina, PR 00985
Number Street City State Zip Code

Last 4 digits of account number  n/a    $0.00

When was the debt incurred?  n/a

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  Potential Torts Claim

---

**4.2.4** **SMALL BUSINESS ADMINISTRATION**
Nonpriority Creditor's Name
273 AVENIDA JUAN PONCE DE LEON
San Juan, PR 00917
Number Street City State Zip Code

Last 4 digits of account number  5008    $456,535.32

When was the debt incurred?  10/16/2013

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  UNSECURED BUSINESS LOAN

---

Debtor 1 **FERNANDO LUIS VILLAMIL WISCOVITCH**     Case number (if known) **19-06327-BKT**

| 4.25 | **V&R HEALTH GROUP CORP.**<br>Nonpriority Creditor's Name<br>**35 AVENIDA LUIS MUNOZ RIVERA**<br>**CARIBE PLAZA APT. 1604**<br>**San Juan, PR 00901**<br>Number Street City State Zip Code | Last 4 digits of account number   n/a<br><br>When was the debt incurred?   2018<br><br>As of the date you file, the claim is: Check all that apply | $136,688.00 |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Lease Arrears**

---

**Part 3:**   List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address<br>**Banco Popular de Puerto Rico**<br>**Gpo Box 3228**<br>**San Juan, PR 00936** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.5** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|---|
| Name and Address<br>**Bank of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.6** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Bank of America**<br>**Po Box 982238**<br>**El Paso, TX 79998** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.7** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**First Bank Puerto Rico**<br>**1130 Munoz Rivera Ave**<br>**San Juan, PR 00927** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Lcdo Rafael Jose Velazquez Villares**<br>**PO BOX 734**<br>**Caguas, PR 00726-0734** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.23** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**MARIA E. JUARBE IBOTELLA**<br>**RR 5 BOX 8882**<br>**Bayamon, PR 00956** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.8** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address<br>**Nelnet**<br>**Po Box 82561**<br>**Lincoln, NE 68501** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.20** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |

| Debtor 1 | **FERNANDO LUIS VILLAMIL WISCOVITCH** | Case number (if known) | **19-06327-BKT** |
|---|---|---|---|

**Nelnet**
**Po Box 82561**
**Lincoln, NE 68501**

Line **4.21** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:     Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

|   |   | Total Claim |
|---|---|---|
| 6a. | **Domestic support obligations** | $ 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | $ 131,766.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | $ 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | $ 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | $ 131,766.00 |

**Total claims from Part 2**

|   |   | Total Claim |
|---|---|---|
| 6f. | **Student loans** | $ 94,912.39 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | $ 0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | $ 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | $ 3,484,007.62 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | $ 3,578,920.01 |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **FERNANDO LUIS VILLAMIL WISCOVITCH** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF PUERTO RICO |
| Case number (if known) | 19-06327-BKT |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ FERNANDO LUIS VILLAMIL WISCOVITCH**            X _____
**FERNANDO LUIS VILLAMIL WISCOVITCH**                    Signature of Debtor 2
Signature of Debtor 1

Date **January 31, 2020**                                Date

---

Official Form 106Dec            **Declaration About an Individual Debtor's Schedules**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy