**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br>FERNANDO LUIS VILLAMIL WISCOVITCH<br>*Debtor* | Case No. 19-06327 (ESL)<br><br>Chapter 11 |

**MOTION TO INFORM SUPPLEMENT TO PLAN OF REORGANIZATION DATED AUGUST 28, 2020**

**TO THE HONORABLE COURT:**

Comes Now Debtor, through his undersigned counsel and very respectfully states and prays as follows:

On August 28, 2020 Debtor, Fernando Luis Villamil Wiscovitch filed his "Chapter 11 Plan of Reorganization dated August 28, 2020". (Docket #121). In order to clarify a particular aspect of the discharge of student loan claims as raised by claimant Nelnet, Inc. debtor hereby supplements to the Chapter 11 Plan as provided herein.

**YOU ARE HEREBY ADVICED TO CONSIDER THE INFORMATION MODIFIED HEREIN IN BOLD AND UNDERLINE AS AN INTEGRAL PART OF DEBTOR'S PLAN OF REORGANIZATION DATED AUGUST 28, 2020.**

**ARTICLE IX**

**DISCHARGE OF DEBTOR**

9.01. <u>The Debtor is an individual and § 1141(d) (3) is not applicable</u>. Confirmation of this Plan does not discharge any debt provided for in this Plan until the court grants a discharge on completion of all payments under this Plan, or as otherwise provided in § 1141(d) (5) of the Code. The Debtor will not be discharged from any debt excepted from discharge under § 523 of the Code, except as provided in Rule 4007(c) of the Federal Rules of Bankruptcy Procedure.

9.02. <u>Discharge of Claims</u>. Except as otherwise expressly provided herein, by the Bankruptcy Code or in the Confirmation Order, the rights granted by this Plan and the payments and distributions made hereunder shall be in complete exchange for and in full and final satisfaction, settlement, release and discharge of all existing debts and Claims of any kind, nature or description whatsoever against the Debtor or the Debtor in Possession, or the Reorganized Debtor, or any of his assets or properties; and on the Consummation Date, all existing Claims against the Debtor or Debtor in Possession shall be, and shall be deemed to be, exchanged, satisfied, discharged and released in full; and all holders of

Claims shall be precluded from asserting against the Debtor and the Reorganized Debtor, or his assets or properties any other or further Claim based upon any act or omission, transaction, or other activity of any kind or nature that occurred prior to the Consummation Date, whether or not such holder filed a proof of claim; whether or not such Claim is allowed, and whether or not the holder of such Claim has accepted the Plan. **Notwithstanding the above, student loan claims are non-dischargeable unless discharge is granted in an adversary proceeding.**

WHEREFORE, Debtor hereby prays from this Honorable Court and parties in interest to take notice of the above and to consider the instant Supplement to the Plan of Reorganization as an integral part of the Chapter 11 Plan of Reorganization dated August 28, 2020.

RESPECTFULLY SUBMITTED.

By: /s/*FERNANDO L. VILLAMIL WISCOVITCH*
　　　FERNANDO VILLAMIL WISCOVITCH

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all CM/ECF participants including the US Trustee.

**I FURTHER CERTIFY** that on this same date I sent a copy of the present document through regular US Mail to all other creditors and parties in interest who are not CM/ECF participants at the following addresses: **504 CONSTRUCTION MANAGERS INC.** PMB 302 1353 RD Guaynabo, PR 00966; **AEE** BANKRUPTCY DEPT PO BOX 363508 SAN JUAN, PR 00936-3508; **AEGIS SPINE, INC.** 6400 South Fiddlers Green Circle Suite 1180 Englewood, CO 80111; **ARVEST BANK** Attn: Bankruptcy Po Box 399 Fort Smith, AR 72917; **ARVEST BANK** Pob 799 Lowell, AR 72745; **BANCO POPULAR DE PUERTO RICO** 209 Munoz Rivera Ave San Juan, PR 00918; **BANCO POPULAR DE PUERTO RICO** Attn: Bankruptcy Po Box 362708 San Juan, PR 00936; **BANCO POPULAR DE PUERTO RICO** Gpo Box 3228 San Juan, PR 00936; **BANK OF AMERICA** Attn: Bankruptcy Nc4-105-03-14 Pob 26012 Greensboro, NC 27420; **BANK OF AMERICA** 4909 Savarese Circle Fl1-908-01-50 Tampa, FL 33634; **BANK OF AMERICA** Po Box 45144 Jacksonville, FL 32231; **BANK OF AMERICA** Po Box 982238 El Paso, TX 79998; **CORE WEST LAFAYETTE STATE STREET** 111 S. SALISBURY West Lafayette, IN 47906; **DENISE ROVIRA BELLIDO** 35 AVENIDA LUIS MUNOZ RIVERA CARIBE PLAZA, APT. 1604 San Juan, PR 00901; **DTOP** BANKRUPTCY DEPT. PO BOX 41269 SAN JUAN, PR 00940; **FIRST BANK** BANKRUPTCY DEPT PO BOX 9146 SAN JUAN, PR 00908-0146; **FIRST BANK PUERTO RICO** Attn: Bankruptcy/FirstLine Solutions Po Box 9146 San Juan, PR 00908; **FIRST BANK PUERTO RICO** 1130 Munoz Rivera Ave San Juan, PR 00927; **FIRSTMARK SERVICES** PO BOX 2977 Omaha, NE 68103-2977; **FLVW RETIREMENT PLAN** PO BOX 16051 San Juan, PR 00908-6051; **FM/ACCESS GROUP** 121 S 13th St Ste 201 Lincoln, NE 68508; **FRANCES M. RIVERA TORRES** PO BOX 55020 STATION ONE Bayamon, PR 00960; **ISAAC MANKE** 35 AVENIDA LUIS MUNOZ RIVERA

CARIBE PLAZ APT. 1604 San Juan, PR 00901; **LCDA. LUCILLE BORGES CAPO** 499 Carr #2 Suite 2, Santa Rosa Bayamon, PR 00959; **LCDO RAFAEL JOSE VELAZQUEZ VILLARES** PO BOX 734 Caguas, PR 00726-0734; **LIBERTY CABLEVISION** BANKRUPTCY DEPT PO BOX 719 Luquillo, PR 00773; **MARIA E. JUARBE IBOTELLA** RR 5 BOX 8882 Bayamon, PR 00956; **MIDFIRST BANK SSB** 501 West I-44 Oklahoma City, OK 73118; **MIS IP HOLDINGS, LLC (NUVASIVE)** Attention Jeff Schell 3237 Alcott St. Denver, CO 80211; **MUNICIPIO DE SAN JUAN** Dept. de Finanzas PO Box 70179 San Juan, PR 00936-8179; **MUNICIPIO DE SAN JUAN/CARLA FERRARI LUGO LAW OFFICE** PO Box 988 Aguadilla, PR 00605-0988 **NANETTE RICKENBACH OJEDA, ESQ.** 400 JUAN CALAF PMB 232 San Juan, PR 00918; **NELNET** BANKRUPTCY DEPT PO BOX 2970 Omaha, NE 68103-2970; **NELNET** Attn: Bankruptcy Claims Po Box 82505 Lincoln, NE 68501; **NELNET** Po Box 82561 Lincoln, NE 68501; **ORTHOPEDIC CENTER PC** 512 N FRANKLIN ST Jenks, OK 74037; **PEDRO A. BELLO LORIE** I-4 Ave. San Patricio Apt 202 Guaynabo, PR 00968; **POPULAR AUTO LLC** PO Box 366818 San Juan, PR 00936-6818 **PR TREASURY DEPARTMENT** (424 OFFICE) BANKRUPTCY DEPT P O BOX 9024140 San Juan, PR 00902; **ROSARIO RIVERA SANCHEZ** Street 73 B Bloque 117 A # 11 Villa Carolina Carolina, PR 00985; **SMALL BUSINESS ADMINISTRATION** 273 AVENIDA JUAN PONCE DE LEON San Juan, PR 00917; **V&R HEALTH GROUP CORP.** 35 AVENIDA LUIS MUNOZ RIVERA CARIBE PLAZA APT. 1604 San Juan, PR 00901.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this March 20, 2021.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 777-1376

S/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: enrique.almeida@almeidadavila.com