# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>FERNANDO LUIS VILLAMIL WISCOVITCH<br>*Debtor* | Case No.  19-06327 (ESL)<br><br>Chapter 11 |

### MOTION TO INFORM SUPPLEMENT AND/OR CORRECTION TO DISCLOSURE STATEMENT DATED AUGUST 28, 2020

**TO THE HONORABLE COURT:**

Comes Now Debtor, through his undersigned counsel and very respectfully states and prays as follows:

On August 28, 2020 Debtor, Fernando Luis Villamil Wiscovitch filed his Disclosure Statement  "Chapter 11 Plan of Reorganization dated August 28, 2020". (Docket #121). This Disclosure Statement was approved by this Honorable Court by Order entered on February 2, 2021. (Docket #152).

The Office of the United Sates Trustee through its counsel informed the undersigned of two discrepancies between provisions in the Chapter 11 Plan and what the Disclosure Statement informs. Although, the Plan itself, when confirmed, is the legal document that governs and establishes the creditors and parties in interest rights, debtor hereby supplements and/or corrects the Disclosure Statement so that it is in concordance with the Plan.

In order to correct the date when the payment to priority creditors will be made, and the amount to be paid to unsecured creditors from a lump sum payment fueling the plan, the debtor hereby supplements to the Disclosure Statement as provided herein.

**YOU ARE HEREBY ADVICED TO CONSIDER THE INFORMATION MODIFIED HEREIN IN BOLD AND UNDERLINE AS AN INTEGRAL PART OF DEBTOR'S DISCLOSURE STATEMENT DATED AUGUST 28, 2020.**

### 2. Classes of Priority Unsecured Claims.

Certain priority claims that are referred to in §§ 507(a) of the Code are required to be placed in classes.  The Code requires that each holder of such a claim receive the present value of such claim, in regular installments paid over a period of 60 months from the order of relief. However, a class of holders of such claims may vote to accept different treatment.

Debtor has two priority claims in the instant case. Both will be paid through the plan to the extent allowed as priority claims under § 507 of the Code. As proposed in the Plan of

*Supplement and/or Correction to Disclosure Statement*                                                      *Page -2-*

Reorganization, in this case the two holders of priority claims, will be paid by a one lump sum payment on **month eighteen (18)** from the effective date of the Plan.

Priority tax claims shall be paid in an amount equal to the allowed amount of such Claim, plus 4% interest, unless the holder of such Claim agrees with the Debtor to a different treatment.  Debtor's priority tax claims as allowed and ordered paid by the Court are not impaired under the Plan.

[....]

**D.**    **Means of Implementing the Plan***.*

**1.**    ***Source of Payments.***

The Debtor will be able to execute this plan through the Debtor's income for the 60 months beginning on the effective date of the plan, which includes professional services and business income from his medical practice in the amount of $90,000.00 and income from two royalty agreements in the amount of $1,800.00. In addition, Debtor will pay a lump sum of **$395,397.00** from the sale of the property located at located at Condominio Paseo Don Juan Apt. 7BC, San Juan, PR 00907to be distributed prorrata to the unsecured creditors within 18 months of the effective date of the Plan. The plan proponent has provided projected financial information. Those projections are listed in ***See Exhibit C.***

WHEREFORE, Debtor hereby prays from this Honorable Court and parties in interest to take notice of the above and to consider the instant Supplement and/or Correction to the Disclosure Statement as an integral part of the Disclosure Statement dated August 28, 2020.

RESPECTFULLY SUBMITTED.

By: /s/*FERNANDO L. VILLAMIL WISCOVITCH*
    FERNANDO VILLAMIL WISCOVITCH

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all CM/ECF participants including the US Trustee.

**I FURTHER CERTIFY** that on this same date I sent a copy of the present document through regular US Mail to all other creditors and parties in interest who are not CM/ECF participants at the following addresses: **504 CONSTRUCTION MANAGERS INC.** PMB 302 1353 RD Guaynabo, PR 00966;   **AEE** BANKRUPTCY DEPT PO BOX 363508 SAN JUAN, PR 00936-3508;   **AEGIS SPINE, INC.** 6400 South Fiddlers Green Circle Suite 1180 Englewood, CO 80111;   **ARVEST BANK** Attn: Bankruptcy Po Box 399 Fort Smith, AR 72917;   **ARVEST BANK** Pob 799 Lowell, AR 72745; **BANCO POPULAR DE PUERTO RICO** 209 Munoz Rivera Ave San Juan, PR 00918;   **BANCO**

*Supplement and/or Correction to Disclosure Statement*                                    ***Page -3-***

---

**POPULAR DE PUERTO RICO** Attn: Bankruptcy Po Box 362708 San Juan, PR 00936; **BANCO POPULAR DE PUERTO RICO** Gpo Box 3228 San Juan, PR 00936; **BANK OF AMERICA** Attn: Bankruptcy Nc4-105-03-14 Pob 26012 Greensboro, NC 27420; **BANK OF AMERICA** 4909 Savarese Circle Fl1-908-01-50 Tampa, FL 33634; **BANK OF AMERICA** Po Box 45144 Jacksonville, FL 32231; **BANK OF AMERICA** Po Box 982238 El Paso, TX 79998; **CORE WEST LAFAYETTE STATE STREET** 111 S. SALISBURY West Lafayette, IN 47906; **DENISE ROVIRA BELLIDO** 35 AVENIDA LUIS MUNOZ RIVERA CARIBE PLAZA, APT. 1604 San Juan, PR 00901; **DTOP BANKRUPTCY DEPT.** PO BOX 41269 SAN JUAN, PR 00940; **FIRST BANK** BANKRUPTCY DEPT PO BOX 9146 SAN JUAN, PR 00908-0146; **FIRST BANK PUERTO RICO** Attn: Bankruptcy/FirstLine Solutions Po Box 9146 San Juan, PR 00908; **FIRST BANK PUERTO RICO** 1130 Munoz Rivera Ave San Juan, PR 00927; **FIRSTMARK SERVICES** PO BOX 2977 Omaha, NE 68103-2977; **FLVW RETIREMENT PLAN** PO BOX 16051 San Juan, PR 00908-6051; **FM/ACCESS GROUP** 121 S 13th St Ste 201 Lincoln, NE 68508; **FRANCES M. RIVERA TORRES** PO BOX 55020 STATION ONE Bayamon, PR 00960; **ISAAC MANKE** 35 AVENIDA LUIS MUNOZ RIVERA CARIBE PLAZ APT. 1604 San Juan, PR 00901; **LCDA. LUCILLE BORGES CAPO** 499 Carr #2 Suite 2, Santa Rosa Bayamon, PR 00959; **LCDO RAFAEL JOSE VELAZQUEZ VILLARES** PO BOX 734 Caguas, PR 00726-0734; **LIBERTY CABLEVISION** BANKRUPTCY DEPT PO BOX 719 Luquillo, PR 00773; **MARIA E. JUARBE IBOTELLA** RR 5 BOX 8882 Bayamon, PR 00956; **MIDFIRST BANK SSB** 501 West I-44 Oklahoma City, OK 73118; **MIS IP HOLDINGS, LLC (NUVASIVE)** Attention Jeff Schell 3237 Alcott St. Denver, CO 80211; **MUNICIPIO DE SAN JUAN** Dept. de Finanzas PO Box 70179 San Juan, PR 00936-8179; **MUNICIPIO DE SAN JUAN/CARLA FERRARI LUGO LAW OFFICE** PO Box 988 Aguadilla, PR 00605-0988 **NANETTE RICKENBACH OJEDA, ESQ.** 400 JUAN CALAF PMB 232 San Juan, PR 00918; **NELNET** BANKRUPTCY DEPT PO BOX 2970 Omaha, NE 68103-2970; **NELNET** Attn: Bankruptcy Claims Po Box 82505 Lincoln, NE 68501; **NELNET** Po Box 82561 Lincoln, NE 68501; **ORTHOPEDIC CENTER PC** 512 N FRANKLIN ST Jenks, OK 74037; **PEDRO A. BELLO LORIE** I-4 Ave. San Patricio Apt 202 Guaynabo, PR 00968; **POPULAR AUTO LLC** PO Box 366818 San Juan, PR 00936-6818 **PR TREASURY DEPARTMENT** (424 OFFICE) BANKRUPTCY DEPT P O BOX 9024140 San Juan, PR 00902; **ROSARIO RIVERA SANCHEZ** Street 73 B Bloque 117 A # 11 Villa Carolina Carolina, PR 00985; **SMALL BUSINESS ADMINISTRATION** 273 AVENIDA JUAN PONCE DE LEON San Juan, PR 00917; **V&R HEALTH GROUP CORP.** 35 AVENIDA LUIS MUNOZ RIVERA CARIBE PLAZA APT. 1604 San Juan, PR 00901.


          RESPECTFULLY SUBMITTED.

          In San Juan, Puerto Rico, this May 5, 2021.

**ALMEIDA & DÁVILA, P.S.C.**
PO Box 191757
San Juan, Puerto Rico 00919-1757
Phone: (787) 722-2500
Fax: (787) 777-1376

S/ **ENRIQUE M. ALMEIDA BERNAL**
USDC-PR 217701
Email: enrique.almeida@almeidadavila.com