```
PAYOFF STATEMENT                                                    May 19, 2021
                              Firstbank Puerto Rico
                              (Delivery Code 475)
                              Po Box 11868
                              San Juan, PR   00910-9998

  TO:
  Interno
  Fernando L Villamil-Wis
  Denise Rovira-Bellido
  35 Ave Munoz Rivera Apt
  San Juan, PR, 00901
                                        Loan No:  0000254083
                                        Investor: 101 Category: 001
                                        Loan Type:  CONV W/O PMI
                                        Original Amount:   1,761,790
                                        Loan Date: 05-29-15
                                        Escrow Advance: 15,673.63
                                        Interest From 12-01-19  TO 06-01-21
  RE:                                   Property Address:
  Fernando L Villamil-Wis                         1604 Caribe Plaza CO
  Denise Rovira-Bellido                           San Juan PR 00926
  35 Ave Munoz Rivera Apt
  San Juan PR 00901
              ****************************************************
              *   ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE  *
              *   PAYOFF SHOWN BELOW ON THE CAPTIONED MORTGAGE.  *
              ****************************************************
  These figures are due to June 01, 2021.
  This loan is due for the January 01, 2020 payment.
  The current total unpaid Principal Balance is:      $   1,556,322.52
  Interest at  5.62500%                                     128,932.02
  Interest at  0.00000% (2nd Mtg)                                  .00
  Escrow/Impound Overdraft                                   15,673.63
  Recoverable Advance Balance                                   265.20
  Unpaid Late Charges                                         8,449.49
  Internet Documents                                               .00
  Inspecciones                                                   26.00
  Gastos Quiebra                                                400.00
   * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $   1,710,068.86

  Funds received on or after June 01, 2021 will require an additional
  $ 235.49 interest per Day.
  Interest are calculated on annual basis of 360 on amortized principal
  balance and 365 on odd days.
  Funds received on or after June 01, 2021 will require an additional
  $ 235.49 interest per Day for the second mortgage.

  These figures are subject to final verification by the Noteholder.
  We certify the above payoff balance is correct.  Figures may be adjusted
  if any check/money order previously received is rejected by the institution
  upon which it was drawn.  The payment must be received by our bank at
  4:00 PM thru a manager check for the total pay-off amount.
  Our mailing address to send the payoff check is: PO Box 11868 San Juan, PR
  00910-9998.


  Issuance of this statement does not suspend the contract requirement
  make the mortgage payments when due.  A late charge of $ 470.66 will be
  assessed 15 days after a current payment is due and should be added
  to the payoff total if received after that time.

  We appreciate your business and also choosing FirstBank as your financial
  institution. If you have any question regarding this matter,please contact
  us at (787) 283-4120, by fax at: (787) 283-4131 or via email at:
  mortgageservicing@firstbankpr.com
  MORTGAGE SERVICING
  XP031-152/3JE
```