Estado Libre Asociado de Puerto Rico
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

# ESTADO DE CUENTA
## Account Statement

**Núm. de Certificación:** WB2021061365400 INTERNA

| Número de Propiedad / Property Number: | Nombre del Dueño / This property is under the name of: |
|---|---|
| 040-016-146-02-182 | VILLAMIL WISCOVITCH FERNANDO |

| Localización de la Propiedad / Property Located at: | Dirección Postal / Postal Address: |
|---|---|
| .<br>CARIBE PLAZA<br>SAN JUAN | 35 AVE LUIS MUNOZ RIVERA<br>CARIBE PLAZA APTO 1604<br>SAN JUAN 00901 |

| Municipio / Municipality: | Prestamo / Loan #: | Hip. / Mortgage: | Interés calculado hasta / Interest calculated through: |
|---|---|---|---|
| 79 SAN JUAN | 000000000254083 | 007 | Jun 16, 2021 |

| Año Fiscal / Fiscal Year | Fecha Notif Bill Date | Principal | Descuento Discount | Interés Interest | Recargos Surcharge | Penalidad Penalty | Deuda Amount Due |
|---|---|---|---|---|---|---|---|
| 2022-I@ | 01/01/2022 | $119.15 | $(11.92) | $0.00 | $0.00 | $0.00 | $107.23 |
| 2022-I@ | 07/01/2021 | $119.16 | $(11.92) | $0.00 | $0.00 | $0.00 | $107.24 |
| **Total:** | | **$238.31** | **$-23.84** | **$0.00** | **$0.00** | **$0.00** | **$214.47** |

La deuda con [@] no está vencida/ unexpired, [B] quiebra/ bankruptcy, [P] plan de pago/ payment plan, [D] deudas en disputa/ debt in dispute

| Fecha Emitida / Issued Date: | Fecha Expiración / Expiration Date: | INTERNA | Certificación Electrónica |
|---|---|---|---|
| 16-Jun-2021 | 16-Sep-2021 | | |

Esta certificación tiene un valor de $2.50, es válida para gestiones de cobro.
No incluye deudas por mejoras que estuvieran sin tasar.

Si mediante investigación realizada posteriormente se comprueba que esta propiedad no reune los requisitos para disfrutar de la exención y/o exoneración, se pondrán al cobro las notificaciones retroactivas para los años correspondientes.

Nota aclaratoria: El cómputo de los intereses se calculan diariamente.
Esta certificación tendrá vigencia de 3 meses a partir de la fecha de emisión.

Note: The interest is calculated daily. This certification will be valid for 3 months from the issue date.





**Departamento de Hacienda**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

```
16-06-2021              DEPARTAMENTO DE HACIENDA                CRIWM170
13:10        CONTRIBUCION ESPECIAL SOBRE LA PROPIEDAD INMUEBLE
CATASTRO........: 040-016-146-02-182 LAND USE:
PROPIETARIO.....: 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        VILLAMIL WISCOVITCH FERNANDO
LOCALIZACION....: COND CARIBE PLAZA EST 147 SAN JUAN
VALOR TOTAL:         23,070.00      VALOR TRIBUTABLE:       23,070.00
CONTRIBUCION ANUAL:         136.34 BALANCES PROYECTADOS AL: 30-09-2021

PERIODO     PRINCIPAL    INTERESES    RECARGOS     PAGOS       BALANCE
2010-09       68.17                                61.35
2011-03       68.17                                61.35




TOTAL        136.34                               122.70

CONT.
```

Estado Libre Asociado de Puerto Rico
CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

# CERTIFICACIÓN DE VALOR
## Value Certificate

**Núm. de Certificación:**
WB2021061365388
INTERNA

### 1. Información de la propiedad / Property Information

| Número de Catastro / Parcel Number | | | | Localización de la Propiedad / Property Location |
|---|---|---|---|---|
| 040-016 | 146 | 02 | 182 | . COND CARIBE PLAZA EST 147 |
| Mapa | Manzana | Parcela | Edificio | SAN JUAN |

2. Esta propiedad está valorada de la siguiente manera / The valuation of this property is as follows:

| | | |
|---|---|---:|
| 1) | Terreno / Land | 0.00 |
| 2) | Estructura / Structure | 2,307.00 |
| 3) | Maquinaria / Machinery | 0.00 |
| 4) | Valor Total / Total Assessed | 2,307.00 |

3. Esta propiedad tiene una cabida de:     0.00  C
   This property has a capacity of:

4. A esta propiedad y/o su dueño se le concedió una exención contributiva de:     0.00
Efectiva desde:

This property and/or its owner was granted a tax exemption for:
Effective as of:

5. A esta propiedad y/o su dueño se le concedió una exoneración contributiva de:     0.00
Efectiva desde:

This property and/or its owner was granted a tax exoneration for:
Effective as of:

6. Nombre del Dueño / This property is under the name of:
   **VILLAMIL WISCOVITCH FERNANDO**

7. Nombre del Dueño Anterior / Prior Owner:
   **QUIÑONES AULI AMPARO**

| Fecha Emitida / Issued Date: | Fecha Expiración / Expiration Date: | INTERNA | Certificación Electrónica |
|---|---|---|---|
| **16-Jun-2021** | **16-Sep-2021** | | |

Nota aclaratoria: La información suministrada en esta certificación puede ser afectada por cualquier investigación o intervención de cuenta que se haya iniciado o esté por iniciarse a este contribuyente.
Esta certificación tendrá vigencia de 3 meses a partir de la fecha de emisión.

Note: The information submitted in this certificate can be affected by any investigation or intevention to the account. This certification will be valid for 3 months from the issue date.

