EXHIBIT D



## CARIBE PLAZA

at PASEO CARIBE

25 de junio de 2021

A quien puede interesar:

El balance por concepto de mantenimiento del apartamento 1604 del Sr. Fernando Villamil/Sra. Denise Rovira , del Condominio Caribe Plaza al día de hoy es de $27,992.87. No tiene deuda de Derrama. Su cuota de mantenimiento mensual es de $1,429.00. La misma debe ser pagada el primero de cada mes.

Cualquier duda o pregunta pueden comunicarse a la oficina de administración con el Sr. Lepido Botello o Mercy vega al (787-725-6332)

Certifico lo Correcto

