IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

FERNANDO LUIS VILLAMIL WISCOVITCH

xx-xx-9164

Debtor(s)

CASE NO. 19-06327-ESL11
Chapter 11

FILED & ENTERED ON JUN/16/2023

ORDER

The Debtor shall file an opposition to the "Objection to Amended Schedules E/F filed by Juan C. Rivera on June 12, 2023 (Docket #208) within fourteen (14) days. Upon failure to timely oppose the objection to amend schedules, the same will be granted. Reopening a case to include a creditor more than three years after the Chapter 11 petition was filed, more than two (2) years after the plan was confirmed, and more than one (1) year after the entry of a final decree, is not generally allowed. Moreso, considering the factual allegations and the legal basis in the opposition filed by Mr. Rivera. The court notes that the motion to amend schedules merely states that the amendment is to include an "omitted creditor." There are no reasons given for the omission, nor is there any legal support for the request.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16 day of June, 2023.

Enrique S. Lamoutte
United States Bankruptcy Judge